

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00686-CV

**IN RE** Mark A. **CANTU**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On October 1, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 7th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CVQ0001154-D3, styled *Guerra & Moore, Ltd., LLP v. Mark Cantu d/b/a Law Office of Mark Cantu*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo presiding.